IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:22-cr-00213 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| ANDREW VANG, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

    The court relieved Mr. Fischer in court on March 3, 2023. CJA Panel attorney Todd Leras is hereby appointed effective March 9, 2023, the date the Office of the Federal Defender contacted him.

    **APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  3/10/2023

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge