ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID L. JAFFE
United States Department of Justice
Chief, Violent Crime & Racketeering Section
CÉSAR S. RIVERA-GIRAUD
Trial Attorney
1301 New York Ave., NW, Suite 715
Washington, DC 20005
Telephone: (202) 878-9352
Facsimile: (202) 307-3944

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>NAVIN KHANNA,<br>   aka Lovin Khanna,<br>TINU KHANNA,<br>   aka Gagan Khanna,<br>DANIEL DOLAN, and<br>CHI MO,<br>   aka David Mo,<br>NIRMAL KHANNA,<br>    aka Vinnie Khanna,<br>MICHAEL KHANNA,<br>ANITA KHANNA,<br>RICKY VEGA,<br>ALFREDO MEJIA,<br>and<br>VISHNU CHINTAMAN,<br><br>              Defendants. | CASE NO. 2:22-CR-0213 DC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE DATE AND EXCLUDE TIME<br><br>CURRENT DATE: January 6, 2026<br>PROPOSED DATE: March 20, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

1. By previous order, this matter was set for a status conference on January 6, 2026, for all of the above-captioned defendants ("defendants").

2. By this stipulation, defendants now move to continue the status conference until March 20, 2026, and to exclude time between January 6, 2026, and March 20, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery in this case is voluminous, over 150,000 pages of discovery, as well as native documents, spreadsheets, and many hours of video and audio recordings. Additionally, the government has produced 250 GB of additional discovery from multiple other districts with catalytic converter cases involving DG AUTO, and defense counsel are still reviewing the newly produced discovery. All of the discovery from this district has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to consult with their clients, review the discovery, conduct investigation and research related to the charges, and to otherwise prepare for trial.

   c) Counsel for defendant Tinu Khanna has only recently joined the case and needs additional time to familiarize himself with the discovery.

   d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) The continuance is not based on the congestion of the Court.

   g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 6, 2026 to March 20, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 12, 2026                ERIC GRANT
                                       United States Attorney


                                       /s/ *Veronica M.A. Alegría*
                                       VERONICA M.A. ALEGRÍA
                                       Assistant United States Attorney


Dated: January 12, 2026                /s/ *Daniel B. Olmos*
                                       DANIEL B. OLMOS
                                       Counsel for Defendant
                                       NAVIN KHANNA


Dated: January 12, 2026                /s/ *Jan Karowsky*
                                       JAN KAROWSKY
                                       Counsel for Defendant
                                       TINU KHANNA


Dated: January 12, 2026                /s/ *Michael E. Hansen*
                                       MICHAEL E. HANSEN
                                       Counsel for Defendant
                                       DANIEL DOLAN


Dated: January 12, 2026                /s/ *Kresta Daly*
                                       KRESTA DALY
                                       Counsel for Defendant
                                       CHI MO


Dated: January 12, 2026                /s/ *John R. Manning*
                                       JOHN R. MANNING
                                       Counsel for Defendant
                                       NIRMAL KHANNA

1  Dated: January 12, 2026                                /s/ *Olaf W. Hedberg*
                                                          OLAF W. HEDBERG
2                                                         Counsel for Defendant
                                                          MICHAEL KHANNA
3

4  Dated: January 12, 2026                                /s/ *Candice L. Fields*
                                                          CANDICE L. FIELDS
5                                                         Counsel for Defendant
                                                          ANITA KHANNA
6

7  Dated: January 12, 2026                                /s/ *Robert G. Stahl*
                                                          ROBERT G. STAHL
8                                                         LAURA GASIOROWSKI
                                                          TIMOTHY E. WARRINER
9                                                         Counsel for Defendant
                                                          RICKY VEGA
10

11 Dated: January 12, 2026                                /s/ *Patrick Keith Hanly*
                                                          PATRICK KEITH HANLY
12                                                        Counsel for Defendant
                                                          ALFREDO MEJIA
13

14 Dated: January 12, 2026                                /s/ *Tasha Paris Chalfant*
                                                          TASHA PARIS CHALFANT
15                                                        Counsel for Defendant
                                                          VISHNU CHINTAMAN
16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

IT IS HEREBY ORDERED as to Defendants Navin Khanna, Tinu Khanna, Daniel Dolan, Chi Mo, Nirmal Khanna, Michael Khanna, Anita Khanna, Ricky Vega, Alfredo Mejia and Vishnu Chintaman, the court, having received, read and considered the parties' stipulation filed on January 6, 2026 (Doc. No. 508), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference that was scheduled for January 6, 2026, before Senior District Judge Kimberly J. Mueller is VACATED and RESET for March 20, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between January 6, 2026 and March 20, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: __**January 12, 2026**__

_____
Dena Coggins
United States District Judge